**Johanna BELL, Appellant,**

v.

**MID–CENTURY INSURANCE COMPANY OF TEXAS, Appellee.**

No. 03–7094.

United States Court of Appeals, District of Columbia Circuit.

April 21, 2004.

Johanna Bell, Arlington, TX, pro se.

Christopher J. Kayser, Baker & Botts, Washington, DC, for Defendant–Appellee.

Before GINSBURG, Chief Judge, and EDWARDS and HENDERSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. It is

ORDERED AND ADJUDGED that the district court's order filed July 1, 2003 be affirmed. The district court properly dismissed the complaint for lack of subject matter jurisdiction because it was not a civil action arising under federal law, *see* 28 U.S.C. § 1331, or between citizens of different states, *see* 28 U.S.C. § 1332; nor did the complaint allege a civil rights violation, *see* 28 U.S.C. § 1343, or other basis for the district court's jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of

the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.